IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DESMOND JONES,**<br><br>Plaintiff,<br><br>v.<br><br>**CAMPBELL, et al. ,**<br><br>Defendants. | Case No. 2:21-cv-01603 TLN EFB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' SECOND MOTION TO AMEND DISCOVERY AND SCHEDULING ORDER** |

Defendants Silva and Tyler moved for an order modifying the discovery and scheduling order (EFC No. 30). Based on the moving papers and the declaration of counsel, the Court finds good cause to grant the motion.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Defendants' requested extension of time is GRANTED; and

2. The summary judgment deadline is extended 60-days, up to and including August 8, 2023.

**IT IS SO ORDERED.**

Dated:  June 6, 2023

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order Granting Defs.' 2nd Mot. Modify Discov. & Schedul. Order (2:21-cv-01603 TLN EFB)