UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESMOND JONES, | No. 2:21-cv-01603-TLN-EFB (PC) |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| JOSEPH BICK, et al., | |
| Defendants. | |

     Plaintiff is a state prisoner proceeding without counsel in this action brought under 42 U.S.C. § 1983. Defendants seek an extension of time to file a reply brief in support of their motion for summary judgment, filed August 8, 2023 (ECF No. 37). ECF No. 45.

     The motion is GRANTED, and defendants shall file their reply brief, if any, on or before November 27, 2023.

     So ordered.

Dated: November 8, 2023

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE