UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESMOND JONES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH BICK, et al.,<br><br>　　　　　Defendants. | No. 2:21-cv-01603-TLN-EFB<br><br>**ORDER** |

　　　　Plaintiff, a former state prisoner, proceeds without counsel in an action brought under 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

　　　　On February 22, 2024, the magistrate judge filed findings and recommendations herein which were served on all parties, and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 50.) The time to file objections has passed, and neither party filed any objections.

　　　　The Court reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 22, 2024 (ECF No. 50), are ADOPTED IN FULL;
2. Defendants' Motion for Summary Judgement (ECF No. 37) is GRANTED; and
3. The Clerk of Court is directed to close this case.

Date: March 18, 2024

_____
Troy L. Nunley
United States District Judge

2